IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DR. JENNIFER D. OYLER, § § § *Plaintiff,* § § v. § § TEXAS A&M UNIVERSITY-COMMERCE § § *Defendant.* § | CIV. A. NO. 3:13-cv-03139-P JURY DEMANDED |

### JOINT UPDATE REGARDING SETTLEMENT

TO THE HONORABLE DAVID C. GODBEY:

On October 19th, 2016, the parties filed a joint notice of settlement informing the Court that they had reached an agreement in principle. On November 28th, the parties jointly advised the Court that they anticipated dismissal on or before January 13, 2017. Defendant now intends to seek Board of Regents approval of the parties' settlement to comply with a TAMU System Policy the parties previously had not discussed. The next Board meeting is scheduled to occur February 8, 2017. The parties have conferred and now anticipate filing a notice of dismissal on or before **February 28th, 2017**. Oyler reserves the right to request that this case be returned to the Court's trial docket and/or seek enforcement of the parties' agreement if the parties' settlement has not been implemented by that date.

DATED: January 9, 2016

**Joint Update Regarding Settlement – Page 1**

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA COLMENERO
General Litigation, Division Chief

/s/  *H. Carl Myers*
H. CARL MYERS
State Bar No. 24046502
Attorney-in-Charge
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANT
TEXAS A&M UNIVERSITY – COMMERCE


GILLESPIE SANFORD LLP
4925 Greenville Ave., Suite 200
Dallas, Texas  75206
Tel.:    (214) 800-5112
Fax:    (214) 838-0001

/s/  *James D. Sanford w/permission*
James D. Sanford
jim@gillespiesanford.com
Texas Bar No. 24051289

ATTORNEYS FOR
PLAINTIFF DR. JENNIFER D. OYLER

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 9, 2017 he electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means:  James D. Sanford.

*/s/ H. Carl Myers*

**Joint Update Regarding Settlement – Page 3**